## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00649-CMA-BNB

MEGAN MARTINEZ,

     Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

     Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii) and the

Stipulation For Dismissal With Prejudice (Doc. # 26), signed by the attorneys for the

parties hereto, it is

ORDERED that the Complaint, all claims asserted against Defendant, and cause

of action are DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees

and costs.

DATED:  February __19__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge